904

No. 85–1301. HASTINGS, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA v. JUDICIAL CONFERENCE OF THE UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–1491. BELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–1503. WATTENBARGER v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–1528. HUBBLE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 85–1540. PRACHT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–1594. INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES & MOVING PICTURE MACHINE OPERATORS OF UNITED STATES AND CANADA ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1609. HASTINGS, UNITED STATES DISTRICT JUDGE, ET AL. v. GODBOLD,. CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–1628. PAYNE, INDEPENDENT EXECUTOR OF THE ESTATE OF JOHNSTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1648. CALIFORNIA HOSPITAL ASSN. ET AL. v. HENNING, LABOR COMMISSIONER, DIVISION OF LABOR STANDARDS ENFORCEMENT, DEPARTMENT OF INDUSTRIAL RELATIONS OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 85–1650. N. O. C., T/A NOBLE OIL CO. v. ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. 3d Cir. Certiorari denied.

No. 85–1674. NADWORNY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.